BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIKO L. GREEN                )<br>                                                )<br>                                                )<br>                                                )<br>            Plaintiff,               )<br>                                                )<br>v.                                            )<br>                                                )<br>MICHAEL J. ASTRUE          )<br>Commissioner of Social Security )<br>of the United States of America,   )<br>                                                )<br>            Defendant.            )<br>                                                )<br>_____) | **Case No.  CIV-08-842 KJM**<br><br>**STIPULATION AND ORDER<br>EXTENDING PLAINTIFF'S TIME TO<br>FILE MEMORANDUM IN SUPPORT<br>OF SUMMARY JUDGMENT** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

in this case is hereby extended from September 29, 2008, to December 12,  2008.  This is Plaintiff's

first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through

November 2008.

/ / / /

/ / / /

/ / / /

1

Dated: September 25, 2008                    */s/Bess M. Brewer*
                                             BESS M. BREWER
                                             Attorney at Law

                                             Attorney for Plaintiff


Dated: September 29, 2008                    McGregor W. Scott

                                             United States Attorney

                                             /s/   *Gina Shin*
                                             GINA SHIN

                                             Special Assistant U.S. Attorney
                                             Social Security Administration

                                             Attorney for Defendant


                                    **ORDER**

APPROVED AND SO ORDERED.

DATED:  September 29, 2008.



                            U.S. MAGISTRATE JUDGE