1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMIKO L. GREEN** | Case No. CIV-08-842 KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 12, 2008, to December 23, 2008. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

Dated: December 12, 2008            */s/Bess M. Brewer*
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: December 12, 2008            McGregor W. Scott

                                    United States Attorney

                                    /s/  *Gina Shin*
                                    GINA SHIN

                                    Special Assistant U.S. Attorney
                                    Social Security Administration

                                    Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  December 15, 2008.

U.S. MAGISTRATE JUDGE

2