1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  **DAMIKO L. GREEN**                    )
                                           )   **Case No.  CIV-08-842 KJM**
12                                         )
                                           )   **STIPULATION AND ORDER**
13             **Plaintiff,**              )   **EXTENDING PLAINTIFF'S TIME TO**
                                           )   **FILE MEMORANDUM IN SUPPORT**
14  **v.**                                 )   **OF SUMMARY JUDGMENT**
                                           )
15  **MICHAEL J. ASTRUE**                  )
    **Commissioner of Social Security**    )
16  **of the United States of America,**   )
                                           )
17             **Defendant.**              )
                                           )
18  _____)

19
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
    the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
    in this case is hereby extended to January 7, 2009,  due to Plaintiff's counsel's extremely heavy briefing
22
    schedule.  This Stipulation and Proposed Order is being filed concurrently with Plaintiff's summary
23
    judgment.
24

25

26
    / / / /
27
    / / / /
28
    / / / /

                                               1

1

2  Dated: January 7, 2009                          */s/Bess M. Brewer*
                                                   BESS M. BREWER
3                                                  Attorney at Law

4                                                  Attorney for Plaintiff

5

6
   Dated: January 7, 2009                          McGregor W. Scott
7
                                                   United States Attorney
8
                                                   /s/   *Gina Shin*
9                                                  GINA SHIN

10                                                 Special Assistant U.S. Attorney
                                                   Social Security Administration
11
                                                   Attorney for Defendant
12

13
                                            **ORDER**
14

15 APPROVED AND SO ORDERED.

16 DATED:  January 8, 2009.

17

18

19                               _____
                                 U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28