1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8926
       Facsimile:  (415) 744-0134
7      E-Mail: Gina.Shin@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12 DAMIKO GREEN,                      )
                                      )   CIVIL NO. 2:08-CV-00842-KJM
13         Plaintiff,                 )
                                      )   STIPULATION AND ORDER
14         v.                         )
                                      )
15 MICHAEL J. ASTRUE,                 )
   Commissioner of Social Security,   )
16                                    )
17         Defendant.                 )
   _____  )

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a FIRST extension of time of 15 days, up to an including
21 February 23, 2009, to respond to Plaintiff's motion for summary judgment.  The reason for this request
22 is because Defendant needs more time due to scheduling conflicts arising from the large number of cases
23 which await briefing.
24      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
   //
25 //
26 //
27 //
28

/s/ *Bess M. Brewer*
            (*As authorized on* February 9, 2009)

Bess M. Brewer
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:    /s/ *Gina Shin*
            (*As signed on* February 9, 2009)

Gina Shin
Special Assistant U.S. Attorney

Attorneys for Defendant


Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration

### ORDER

APPROVED AND SO ORDERED.

DATED: February 9, 2009.

_____
U.S. MAGISTRATE JUDGE