1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8926
       Facsimile:  (415) 744-0134
7      E-Mail: Gina.Shin@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 DAMIKO GREEN,                       )
                                       )   CIVIL NO. 2:08-CV-00842-KJM
13     Plaintiff,                      )
                                       )
14         v.                          )   STIPULATION AND ORDER FOR SECOND
                                       )   EXTENSION OF TIME FOR DEFENDANT
15 MICHAEL J. ASTRUE,                  )   TO RESPOND
   Commissioner of Social Security,    )
16                                     )
                                       )
17     Defendant.                      )
   _____)

18

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a SECOND extension of time of 28 days, up to and including

21 March 23, 2009, to respond to Plaintiff's motion for summary judgment.  The reason for this request is

22 because the parties are pursuing settlement negotiations.

23     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
   //
24 //
25 //
26 //
27 //
28

|   |   |
|---|---|
| | /s/ *Bess M. Brewer* |
| | (*As authorized on* February 19, 2009) |
| | Bess M. Brewer |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| | BOBBIE J. MONTOYA |
| | Assistant U.S. Attorney |
| By: | /s/ *Gina Shin* |
| | (*As signed on* February 20, 2009) |
| | Gina Shin |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE