LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAMIKO GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:08-CV-00842-KJM<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The ALJ will reevaluate the treating, examining and reviewing physician opinion evidence, including opinions from Liana Turkot, M.D., Mandeep Behniwal, M.D., Michelina Regazzi, Ph.D., and Rosemary Tyl, M.D. The ALJ may request the treating and examining sources to provide additional evidence and/or to further clarify their opinions. The ALJ will reconsider Plaintiff's RFC and provide a function by function assessment for the entire period at

issue. The ALJ will give further consideration to the record concerning Plaintiff's past relevant work and clarify plaintiff's past relevant work. If warranted, the ALJ will obtain vocational expert testimony to clarify the effect of Plaintiff's assessed limitations on the occupational base. The ALJ will ask the vocational expert whether the jobs identified conflict with descriptions contained in the Dictionary of Occupational Titles.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 2, 2009　　　　　　　　　　/s/ *Bess Brewer*
　　　　　　　　　　　　　　　　　　　　(As authorized via email)
　　　　　　　　　　　　　　　　　　　　BESS BREWER
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: April 2, 2009　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　LUCILLE GONZALES MEIS
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　　/s/ *Shea Lita Bond*
　　　　　　　　　　　　　　　　　　　　SHEA LITA BOND
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 3, 2009.

_____
U.S. MAGISTRATE JUDGE